# Order

Michigan Supreme Court
Lansing, Michigan

December 15, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129151

KENNETH A. PICKL, MARGO L. PICKL,
FREDERICK W. JACKSON, JR., and
PATRICIA JACKSON NUSBBAUM, as trustees
of the FREDERICK W. JACKSON TRUST, and
PATRICIA JACKSON NUSBAUM and
FREDERICK W. JACKSON, JR., as Personal
Representative of the Estate of VIRGINIA
JACKSON,
         Plaintiffs-Appellants,

v

GEORGE E. MICHAELS, JOSEPH N.
IMPASTATO, CHRISTINE E. MICHAELS,
MARIAN A. IMPASTATO, and GEORGE
E. MICHAELS, P.C.,
         Defendants-Appellees.

SC: 129151
COA: 251496
Otsego CC: 96-006813-CK

_____/

On order of the Court, the application for leave to appeal the March 22, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would remand this case to the trial court for it to rule on plaintiffs' fraud and breach of contract claims.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

_____
Clerk

d1208